Tribune Publishing Company, a corporation, Plaintiff in Error, v. Ethel L. Taylor, Defendant in Error.

Filed January 20, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.

*P. O. Knight* and *H. S. Hampton,* for Plaintiff in Error;

*A. B. McMullen* and *R. W. Withers,* for Defendant in Error.

---

Tarpon Springs, Florida, a Municipal Corporation, Plaintiff in Error, v. C. M. Hill, Defendant in Error.

Filed January 20, 1916.

Writ of Error to Circuit Court, Pinellas County; F. M. Robles, Judge.

Judgment affirmed.

*K. I. McKay,* for Plaintiff in Error;

*John U. Bird,* for Defendant in Error.